UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   BERNICE WILLIAMS

                Debtor(s)

JACK N. ZAHAROPOULOS            CHAPTER 13
CHAPTER 13 TRUSTEE
                Movant

vs.

BERNICE WILLIAMS etal.            CASE NO: 5-18-00394-MJC
                Respondent(s)


**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on January 12, 2022, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    January 12, 2022                Respectfully submitted,

                                                /s/   Agatha R. McHale, Esquire
                                                ID:  47613
                                                Attorney for Movant
                                                Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                8125 Adams Drive, Suite A
                                                Hummelstown, PA 17036
                                                Phone:  (717) 566-6097
                                                email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   BERNICE WILLIAMS

                                    Debtor(s)

JACK N. ZAHAROPOULOS                        CHAPTER 13
CHAPTER 13 TRUSTEE
                        Movant

vs.

BERNICE WILLIAMS etal.                      CASE NO: 5-18-00394-MJC
                    Respondent(s)

# NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> February 15, 2022 at 09:30 AM
> U.S. Bankruptcy Court
> Max Rosenn U.S. Courthouse
> 197 S. Main Street
> Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1270.00**
   **AMOUNT DUE FOR THIS MONTH: $635.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $1905.00**

**NOTE:**
   ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

   **If submitting payment by U.S. First Class Mail** mail to**:**
          **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   January 12, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/   Agatha R. McHale, Esquire
　　　　　　　　　　　　　　　　　　　　　ID:  47613
　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: BERNICE WILLIAMS

    Debtor(s)

JACK N. ZAHAROPOULOS  CHAPTER 13
CHAPTER 13 TRUSTEE
    Movant

vs.

BERNICE WILLIAMS etal.  CASE NO: 5-18-00394-MJC
    Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 12, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURGPA18360-0511

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

<u>Served by First Class Mail</u>

BERNICE WILLIAMS
9217 WESTWOOD DRIVE
TOBYHANNA PA 18466-3832

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 12, 2022

Respectfully Submitted,
/s/ Matt Arcuri
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   BERNICE WILLIAMS

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-18-00394-MJC

vs.

BERNICE WILLIAMS

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.