# UNITED STATES BANKRUPTCY COURT
## MIDDLE District of PENNSYLVANIA

In re:  
BERNICE WILLIAMS  
Debtor(s).

Case No. 18-00394

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION</u>  
Name of Secured Creditor

Court Claim # 13-2

Old Address of Secured Creditor:

Selene Finance, LP  
9990 Richmond Ave.  
Suite 400 South  
Houston, TX  77042

New Name and/or Address where **NOTICES** to Secured Creditor should be sent:

Selene Finance LP  
Attn: BK Dept  
3501 Olympus Blvd, Suite 500  
Dallas, TX 75019

Name and/or Address where **PAYMENTS** to Secured Creditor should be sent (if different from above):

Selene Finance LP  
Attn: BK Dept  
3501 Olympus Blvd, Suite 500  
Dallas, TX 75019

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Nathalie Rodriguez_____     Date: _June 7, 2022_____  
     Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___ June 17, 2022___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BERNICE WILLIAMS
9217 WESTWOOD DRIVE
TOBYHANNA PA, 18466-3832

And via electronic mail to:

ROBERT J KIDWELL, III
NEWMAN WILLIAMS
712 MONROE STREET
STROUDSBURG, PA 18360

VINCENT RUBINO
NEWMAN WILLIAMS MISHKIN CORVELEYN ET AL
712 MONROE STREET
PO BOX 511
STROUDSBURG, PA 18360-0511
570 421-9090

JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/__Angela Gill