United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                   Case No. 18-00394-MJC

Bernice Williams                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                     User: AutoDocke                        Page 1 of 4

Date Rcvd: Jul 13, 2022                 Form ID: ordsmiss                     Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Bernice Williams, 9217 Westwood Drive, Tobyhanna, PA 18466-3832 |
| 5455771 | + | 10700 Abbotts Bridge Rd, Duluth,GA 30097-8458 |
| 5118815 | + | A Pocono Country Place Property Owners Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5018051 | | CARE PLUS OXYGEN OF DUNMORE, 2233 E MAIN ST, MONTROSE, CO 81401-3831 |
| 5018054 | + | COMMERCIAL ACCEPTANCE CORP, PO BOX 3268, SHIREMANSTOWN, PA 17011-3268 |
| 5018055 | | COORDINATED HEALTH, PO BOX 826348, PHILADELPHIA, PA 19182-6348 |
| 5018058 | | FAMILY CARE CENTERS INC, PO BOX 827658, PHILADELPHIA, PA 19182-7658 |
| 5018063 | | POCONO MT REGIONAL EMS, PO BOX 207, ALLENTOWN, PA 18105-0207 |
| 5018064 | + | ST LUKES, 801 OSTRUM STREET, BETHLEHEM, PA 18015-1000 |
| 5452651 | + | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 13 2022 22:43:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 13 2022 18:36:00 | U.S. Bank Trust National Association, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 5047073 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 18:48:12 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5018048 | + | EDI: LCIBAYLN | Jul 13 2022 22:43:00 | BAYVIEW LOAN SERVICING, CUSTOMER SUPPORT, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL 33146-1839 |
| 5047362 | + | EDI: LCIBAYLN | Jul 13 2022 22:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 5018049 | | EDI: CAPITALONE.COM | Jul 13 2022 22:43:00 | CAPITAL ONE, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 5018050 | + | EDI: CAPITALONE.COM | Jul 13 2022 22:43:00 | CAPITAL ONE NA, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 5018052 | + | Email/Text: bankruptcy@cavps.com | Jul 13 2022 18:36:00 | CAVALRY PORTFOLIO SERVICE, 500 SUMMIT LAKE DRIVE, SUITE 400, VALHALLA, NY 10595-2321 |
| 5018056 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2022 18:48:08 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5019849 | + | EDI: AISACG.COM | Jul 13 2022 22:43:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5031250 | + | Email/Text: bankruptcy@cavps.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 13 2022 18:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5368061 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 18:36:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5368060 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 18:36:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5018057 | + | EDI: CBSAMERIMARK | Jul 13 2022 22:43:00 | DR LEONARDS, PO BOX 2845, MONROE, WI 53566-8045 |
| 5018059 | | EDI: AMINFOFP.COM | Jul 13 2022 22:43:00 | FIRST PREMIER, 3820 N LOUISE AVENUE, SIOUX FALLS, SD 57107-0145 |
| 5027250 | + | EDI: CBSMASON | Jul 13 2022 22:43:00 | Figi's Companies Inc., c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5018060 | + | EDI: HFC.COM | Jul 13 2022 22:43:00 | HSBC BANK, PO BOX 9, BUFFALO, NY 14240-0009 |
| 5018061 | | EDI: IRS.COM | Jul 13 2022 22:43:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5018053 | | EDI: JPMORGANCHASE | Jul 13 2022 22:43:00 | CHASE MORTGAGE, PO BOX 24696, COLUMBUS, OH 43224 |
| 5046929 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 18:48:08 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5046274 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2022 18:48:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5018062 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2022 18:48:17 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5045857 | | EDI: PRA.COM | Jul 13 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5018564 | + | EDI: RECOVERYCORP.COM | Jul 13 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5046278 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 18:48:13 | PYOD, LLC its successors and assigns as assignee, of Roundup Funding L.L.C., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5046277 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 18:48:08 | PYOD, LLC its successors and assigns as assignee, of B-Line, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5027286 | | EDI: PENNDEPTREV | Jul 13 2022 22:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5027286 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5018065 | + | EDI: CBS7AVE | Jul 13 2022 22:43:00 | SWISS COLONY, 1515 S 21ST STREET, CLINTON, IA 52732-6676 |
| 5018066 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 13 2022 18:36:00 | TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS, IA 52409-8026 |
| 5024722 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 13 2022 18:36:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5042594 | | EDI: AIS.COM | Jul 13 2022 22:43:00 | Verizon, by American InfoSource LP as agent, PO |

| Recip ID | Bypass | Name and Address | | |
|---|---|---|---|---|
| 5018067 | + EDI: BLUESTEM | | Jul 13 2022 22:43:00 | Box 248838, Oklahoma City, OK 73124-8838 WEB BANK/FINGERHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5455770 | | Robertson, Anschutz, Schneid, Crane |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5452652 | *+ | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5452756 | *+ | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5452757 | *+ | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2022　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

**Name**　　**Email Address**

Charles G. Wohlrab
　on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com

Charles G. Wohlrab
　on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

Jack N Zaharopoulos (Trustee)
　TWecf@pamd13trustee.com

James Warmbrodt
　on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

Janet M. Spears
　on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Rebecca Ann Solarz
　on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkgroup@kmllawgroup.com

Robert J Kidwell, III
　on behalf of Debtor 1 Bernice Williams rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
　ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
　on behalf of Debtor 1 Bernice Williams

lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Bernice Williams,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:18−bk−00394−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*(signature)*

Mark J. Conway, United States Bankruptcy Judge

Dated: July 13, 2022

ordsmiss (05/18)